UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANDY VASQUEZ,<br><br>              Plaintiff,<br><br>     vs.<br><br>VMWARE, INC.,<br><br>              Defendant. | Case No. 5:19-cv-02182-EJD<br><br>[PROPOSED] **ORDER GRANTING THE JOINT NOTICE OF SETTLEMENT & APPLICATION TO DISMISS INDIVIDUAL CLAIMS WITH PREJUDICE AND CLASS AND PRIVATE ATTORNEYS GENERAL ACT OF 2004 CLAIMS WITHOUT PREJUDICE** |

Having reviewed the Parties' Joint Notice of Settlement and Application to Voluntarily Dismiss Her Individual Claims with Prejudice and Class and Private Attorneys General Act of 2004 ("PAGA") Claims Without Prejudice, and good cause appearing, the Court issues the following order:

IT IS HEREBY ORDERED that above-captioned action (Case No. 5:19-cv-02182-EJD) is dismissed in its entirety. Plaintiff's individual claims are dismissed with prejudice, and the class and PAGA claims are dismissed without prejudice. Each party shall be responsible for her/its own costs and attorney's fees.

**IT IS SO ORDERED.**

Dated:  October 2, 2020

Hon. Edward J. Davila
United States District Court Judge